UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Z.S. and C.S., individually and on behalf of their disabled son A.S.,

               Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION and MELISSA AVILES-RAMOS,

               Defendants.

No. 25-CV-5879 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:   July 21, 2025
             New York, New York

                                                     Ronnie Abrams
                                                     United States District Judge